Kevin D. Smith (State Bar No. 113633)
ksmith@wshblaw.com
Stacy R. Goldscher (State Bar No. 209923)
sgoldscher@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for THE ISRAEL EMERGENCY ALLIANCE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YOLANDA MARIE CARRINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE ISRAEL EMERGENCY ALLIANCE,<br><br>　　　　Defendant. | Case No. 2:22-cv-03519-MCS-E<br><br>**NOTICE OF APPEARANCE**<br><br>The Hon. Mark C. Scarsi<br><br>Trial Date:　　None Set |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant THE ISRAEL EMERGENCY ALLIANCE through the undersigned counsel, makes its appearance herein, without waiving any rights or defenses. All rights are expressly reserved, including but not limited to all pleadings and the right to file a demurrer and/or motion to strike. Please direct copies of all pleadings, notices, orders and other papers filed, exclusive of original process, in the action, to counsel for Defendants by delivering a copy thereof to the undersigned attorneys as specified in the Civil Rules.

/ / /

/ / /

/ / /

Kevin D. Smith (SBN 113633)
ksmith@wshblaw.com
Stacy R. Goldscher (SBN 209923)
sgoldscher@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Please note, for any items electronically served, please including the following e-mail addresses:

Kate Baker – kbaker@wshblaw.com

Lorena Hernandez – lhernandez@wshblaw.com

DATED: June 2, 2022          WOOD, SMITH, HENNING & BERMAN LLP

By: _____
    KEVIN D. SMITH
    STACY R. GOLDSCHER
Attorneys for THE ISRAEL EMERGENCY ALLIANCE

# PROOF OF SERVICE

**Yolanda Marie Carrington v. The Israel Emergency Alliance**
**Case No. 2:22-cv-03519-MCS-E**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On June 2, 2022, I served the following document(s) described as **NOTICE OF APPEARANCE** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 2, 2022, at Los Angeles, California.

/s/ Lorena V Hernandez
Lorena V Hernandez

24671469.1:11977-0001

-1-

NOTICE OF APPEARANCE

**SERVICE LIST**
**Yolanda Marie Carrington v. The Israel Emergency Alliance**
**Case No. 2:22-cv-03519-MCS-E**

Sheryl Ring, Esq.
518 S. Route 31, Ste. 113
McHenry, Illinois 60050
(847) 975-2643
Email: sheryl@sherylringlaw.com
*Attorney for Plaintiff, YOLANDA MARIE CARRINGTON*