UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:22-cv-03519-MCS-E | Date July 13, 2022 |
| Title *Yolanda Marie Carrington v. Israel Emergency Alliance* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING MOTION TO DISMISS (ECF No. 28)**

Defendant Israel Emergency Alliance filed a motion to dismiss Plaintiff Yolanda Marie Carrington's complaint on June 22, 2022. Mot., ECF No. 28. Defendant set the hearing for August 29, 2022. ECF No. 31. Plaintiff never filed a response to either of these motions as required. C.D. Cal. R. 7-9. *See* Initial Standing Order § 9(b), ECF No. 19 (providing briefing deadlines departing from the local rules). The Court deems the motion appropriate for decision without oral argument and vacates the hearing set for August 29, 2022. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

Plaintiff's failure to timely respond to the motions operate as their consent to the granting of the motions. C.D. Cal. R. 7-12. The Court grants the motion to dismiss with leave to amend on this basis. See *Whitten v. Screen Actors Guild*, No. CV 19-5818-DMG (JEMx), 2019 U.S. Dist. LEXIS 185223, at *2 (C.D. Cal. Oct. 24, 2019) (granting motion to dismiss for failure to file a timely opposition); *Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002) ("The district court has considerable latitude in managing the parties' motion practice and enforcing local rules that place parameters on briefing.").

      Plaintiff may file an amended complaint no later than 14 days from the date of this Order, if they can do so consistent with Federal Rule of Civil Procedure 11(b) and this Order. Failure to file a timely amended complaint will waive the right to do so. Leave to add new defendants or claims must be sought by a separate, properly noticed motion.

**IT IS SO ORDERED.**