JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MARIE CARRINGTON, | Case No. 2:22-cv-03519-MCS-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ISRAEL EMERGENCY ALLIANCE, | |
| Defendant. | |

Pursuant to this Court's Order Dismissing Case,

IT IS ADJUDGED that judgment is entered in favor of Defendant Israel Emergency Alliance and against Plaintiff Yolanda Marie Carrington on all claims in Plaintiff's Complaint. The action is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: August 7, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1